**Vasilka Peeva VLADEVA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 05–71531.

United States Court of Appeals, Ninth Circuit.

Submitted March 6, 2009.*

Filed March 17, 2009.

Reynold E. Finnegan, Esq., Finnegan & Diba A Law Corporation, Los Angeles, CA, for Petitioner.

CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, David W. Gehlert, Esquire, DOJ–U.S. Department of Justice, Denver, CO, Ronald E. LeFevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Carl Henry Mcintyre, Jr., Assistant Director, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: BEEZER and PAEZ, Circuit Judges, and CAMPBELL,** District Judge.

ORDER ***

Vasilka Peeva Vladeva appeals from the Board of Immigration Appeals' affirmance of the immigration judge's order denying her application for asylum, withholding of removal, and relief under the Convention Against Torture. Vladeva did not file her petition to this court within 30 days of the BIA's decision. We therefore lack jurisdiction, and dismiss her appeal. *See Magtanong v. Gonzales,* 494 F.3d 1190, 1191 (9th Cir.2007).

PETITION DISMISSED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable David G. Campbell, United States District Judge for the District of Arizona, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.